IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ADVANCED DIESEL TOWING, LLC,
RALPH WILLIAMS SERVICE LLC
ACKERVILLE TOWING & SERVICE LLC

       Plaintiffs,

                           Case No:  26CV587

v.

WASHINGTON COUNTY, WISCONSIN
WASHINGTON COUNTY SHERIFF
MARTIN SCHULTEIS

       Defendants.

---

## DEFENDANTS NOTICE OF REMOVAL

---

TO:   Advanced Diesel Towing, LLC
       Ralph Williams Service LLC
       Ackerville Towing & Service LLC
       c/o Atty. David R. Halbrooks
       Law Office of David Halbrooks
       2924 E. Linnwood Avenue
       Milwaukee, WI 53211

PLEASE TAKE NOTICE that Defendants, Washington County, Washington County Sheriff, and Martin Schulteis, by their attorneys, Crivello, Nichols & Hall, S.C., pursuant to 28 U.S.C. §§ 1131, 1441(c), and 1443, file this Notice of Removal with the Court as follows:

1.      A civil action, Washington County Case No. 26-CV-197, has been commenced and is currently pending between the above-named parties.

2.      The Summons and Complaint in Case No. 2026-CV-197 was filed on March 30, 2026 and served on Defendants March 31, 2026, less than thirty (30) days ago. A true and correct copy of the Complaint and associated documents, including a Motion for Temporary Restraining

Order and Motion for Preliminary Injunction, are attached hereto as **Exhibit A**.

3.      The Complaint in Case No. 26-CV-197 includes claims under the United States Constitution. In particular, Plaintiffs allege violations of their civil rights pursuant to 42 U.S.C. § 1983 regarding the above-named defendants' conduct, specifically the procedure behind Adoption and Implementation of Policy 503.

4.      The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

a.      pursuant to 28 U.S.C. §§ 1331, 1441(c), and 1443, the matter in controversy presents a civil rights issue, over which this federal district court has original jurisdiction;

b.      the case will be properly venued in the United States District Court for the Eastern District of Wisconsin, as the alleged events forming the basis for Plaintiffs' claims occurred within the Eastern District;

c.      the time permitted by statute for filing this notice of removal has not expired.

5.      Concurrent with filing this notice of removal, Defendants will notify all parties and Washington County Circuit Court, Branch 4, that this case has been removed to the United States District Court for the Eastern District of Wisconsin as required by 28 U.S.C. § 1446(d).

**JURY DEMAND FOR ALL FACTUAL ISSUES**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demand trial by jury.

Dated this 7th day of April, 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants Washington County, Washington County Sheriff, and Martin Schulteis

By: *s/ Samuel C. Hall, Jr.*

SAMUEL C. HALL, JR.
State Bar No. 1045476
KILEY B. ZELLNER
State Bar No. 1056806
KEVIN R. LANDGRAF
State Bar No. 1129261
TYLER S. PORTER
State Bar No. 1125784
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email:  shall@crivellolaw.com
kzellner@crivellolaw.com
klandgraf@crivellolaw.com
tporter@crivellolaw.com