ADVANCED DIESEL TOWING, LLC,
RALPH WILLIAMS SERVICE LLC
ACKERVILLE TOWING & SERVICE LLC

        Plaintiffs,

                                       Case No:  26CV587

v.

WASHINGTON COUNTY, WISCONSIN
WASHINGTON COUNTY SHERIFF
MARTIN SCHULTEIS

        Defendants.

## Notice of Appearance of Counsel for Plaintiffs David R. Halbrooks,

## Law Office of David Halbrooks

**1. Notice of Appearance**

PLEASE TAKE NOTICE that attorney **David R. Halbrooks, Law Office of David Halbrooks**
hereby appears as counsel of record for Plaintiffs **Advanced Diesel Towing LLC, Ralph Williams
Service LLC, and Ackerville Towing & Service LLC** in this action.

**2. Counsel Contact Information**

All notices, pleadings, correspondence, and other papers in this matter should be served upon:

David R. Halbrooks Law Office of David Halbrooks 2924 E. Linnwood Avenue Milwaukee, WI
53211 Telephone: (414) 840-0228 Email: dhalbrooks@msn.com State Bar No. (Wisconsin):
1007375

**3. Correction of Counsel Information**

This Notice is filed to reflect that **David R. Halbrooks / Law Office of David Halbrooks** is counsel

for Plaintiffs, and to the extent the docket reflects Plaintiffs' counsel as **Maistelman & Associates**

**LLC**, that reference should be removed/updated accordingly.


      Dated this 5th day of May 2026.


                    Law Office of David Halbrooks
                    Counsel for Advanced Diesel Towing, LLC
                    Ralph Williams Service LLC and
                    Ackerville Towing and Service LLC

                    By:*/s/ David Halbrooks*
                    Attorney David Halbrooks,
                    State Bar #1007375
                    PO Address 2924 E Linnwood Avenue
                    Milwaukee, WI 53211
                    Phone: (414) 840-0228
                    Email : dhalbrooks@msn.com